GATHINGS v. CROOM

No. 297P98

Case below: 129 N.C.App. 843

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

GBYE v. GBYE

No. 409P98

Case below: 130 N.C.App. 585

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

HAYES v. TOWN OF FAIRMONT

No. 338PA98

Case below: 130 N.C.App. 125

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998.